**Order entered August 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00589-CV

### IN THE INTEREST OF L.M.T., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19417**

## ORDER

By order dated July 9, 2019, we granted court reporter Janet Saavedra's request for extension of time to file the reporter's record and ordered it be filed by August 8, 2019. To date, however, the record has not been filed.

Because the appeal cannot proceed without the reporter's record, we **ORDER** Ms. Saavedra to file the record no later than September 3, 2019. We caution that extension requests will be disfavored as the record was first due June 4, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE